Plaintiff's request to adjourn the Initial Conference is GRANTED.

If Defendant has not moved or answered by August 30, 2024, Plaintiff must seek default no later than **September 6, 2024.**

**SO ORDERED.**

Ona T. Wang          July 22, 2024
U.S.M.J.

**MEMO ENDORSED.**

**SHAKED LAW GROUP, P.C.**
ATTORNEYS-AT-LAW
14 HARWOOD COURT, SUITE 415
SCARSDALE, NEW YORK 10583
_____

TEL.  (917) 373-9128
ShakedLawGroup@Gmail.com

July 19, 2024

**Via ECF**
The Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **Justin Bullock v. Stryve Foods, Inc.**
**Case No. 24-cv-4131-JHR-OTW**
**Motion to Adjourn Conference and Extend Deadline to file Documents**

Dear Judge Wang:

The undersigned represents Justin Bullock, the Plaintiff in the above-referenced case.  On June 4, 2024, Your Honor issued an Order scheduling an Initial Conference for July 23, 2024 at 10:00 a.m. and directing the parties to file a Report of the Rule 26(f) Meeting and a Proposed Civil Case Management Plan and Scheduling Order ("CMP") by July 16, 2024.

Defendant was served on June 18, 2024 [See Docket #8]. Defendant's deadline to answer was July 9, 2024. As service was made through Defendant's registered agent, it is not unusual for Defendants to receive late notice of an action. Nevertheless, after the deadline to appear, on July 12, 2024, we attempted to reach out to Defendant through publicly available emails (info@stryve.com and gabe@stryve.com) to advise them of the lawsuit and that they are in default. We have not received a response.

We will make efforts to reach out to Defendant by other means to ensure that they are aware of this action. Consequently, I respectfully request that the July 23 Initial Conference be adjourned for 30 days in the hopes that Defendant may still appear. If Defendant continues to ignore this lawsuit by the adjourned date, we will seek a default judgment.

No prior request for this relief has been made.

Thank you for your consideration.

Respectfully submitted,
*/s/Dan Shaked*
Dan Shaked, Esq.

cc: Stryve Foods, Inc. (via first-class mail)